IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRANDIE PAIGE WILLIAMS | § |
| | § |
| V. | § CIVIL ACTION NO. G-12-337 |
| | § |
| KROGER STORE #264 | § |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

In a Report and Recommendation dated May 20, 2014, Magistrate Judge John R. Froeschner recommended that the Original Complaint of Plaintiff, Brandie Paige Williams, deceased, be dismissed pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. To date, no objections or Motion for Substitution have been filed.

After appropriate review under 28 U.S.C. § 636(b)(1)(C), this Court agrees with Judge Froeschner's conclusion.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1) the Report and Recommendation of Magistrate Judge John R. Froeschner is **ACCEPTED** and **ADOPTED** by this Court; and

2) the Original Complaint of Plaintiff, Brandie Paige Williams, deceased, is **DISMISSED pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure**.

The Clerk **SHALL** send a copy of this Order, by regular mail, to the Parties and to Williams' sister, Lisa Diese, 2715 Pebble Creek, Pearland, Texas 77581.

**DONE** at Galveston, Texas, this 10th day of June, 2014.

Gregg Costa
United States Circuit Judge
(Sitting by Designation)